

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-89,477-01

### EX PARTE RODNEY KEITH RODGERS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 42593CR/A IN THE 443RD DISTRICT COURT
### FROM ELLIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

Applicant contends, among other things, that his sentence is illegal because the two jurisdictional enhancements alleged in the indictment are the same conviction. We order that this application be filed and set for submission to determine whether (1) under the facts of this case, Applicant is estopped from claiming that his sentence is illegal, and (2) he can show harm if other driving while intoxicated convictions were available but not alleged as jurisdictional enhancements

in his case. *See Ex parte Parrott*, 396 S.W.3d 531 (Tex. Crim. App. 2013). The parties shall brief these issues.

The trial court shall determine whether Applicant is indigent. If he is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within sixty days of the date of this order, a supplemental transcript containing either the order appointing counsel or a statement that Applicant is not indigent. All briefs shall be filed with this Court within ninety days from the date of this order.

Filed:   June 5, 2019
Do not publish